# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

Case No.: 6:14-CV-1139-Or18KRS

THOMAS McCRODEN,

      Plaintiff,

vs.

COUNTY OF VOLUSIA, JOEL V.
BRESSETT and DENNIS D. PAINTER,

      Defendants.

_____/

## DEFENDANT BRESSETT'S NOTICE OF REMOVAL

COMES NOW the Defendant, JOEL V. BRESSETT, by and through his undersigned attorney, who hereby petitions the Judges of the United States District Court for the Middle District of Florida and respectfully shows as follows:

1.     On June 10, 2014, a civil action was filed in the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida against Defendants COUNTY OF VOLUSIA, JOEL V. BRESSETT, and DENNIS D. PAINTER. The action is styled *Thomas McCroden, Plaintiff vs. County of Volusia, Joel V. Bressett and Dennis D. Painter, Defendant. Case No.: 2014-1116CIDL.*

2.     Defendant JOEL V. BRESSETT has been served with the Complaint, a copy of which is attached hereto.

3.    Defendant JOEL V. BRESSETT anticipates the remaining defendants, COUNTY OF VOLUSIA and DENNIS D. PAINTER, will similarly file a Notice of Removal.

4.    The District Courts of the United States have original jurisdiction in the above-described action, in that it arises under the laws of the United States and may be removed to this Court by the defendants pursuant to Title 28, United States Code, Sections 1441 and 1443.

5.    In accordance with 28 U.S.C. §1446, this Notice of Removal is filed within thirty (30) days of service of the Summons and Complaint upon the Defendants.

6.    Defendant JOEL V. BRESSETT desires and is entitled to have this case removed from the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida to the United States District Court for the Middle District of Florida, such being the district where said action is pending.

7.    This petition has been filed with the Clerk of the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, and notice has been provided to all parties as required by law.

8.    Attached to this Notice of Removal are all the pleadings filed in the Clerk of the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, the docket sheet, and the Civil Cover Sheet.

## NOTICE OF REMOVAL

WHERFORE, Defendant JOEL V. BRESSETT petitions that this action be removed to this Court and pray that this Court accept jurisdiction and place this action on its docket for further proceedings as though this action had originally been instituted in this Court.

Respectfully submitted,

KEVIN BLEDSOE, ESQ.
Florida Bar No.: 0029769
Smith, Schoder & Bledsoe, LLP
605 S. Ridgewood Avenue
Daytona Beach, FL 32114
Phone: (386) 255-0505
Fax:    (386) 252-4794
kbledsoe@smithschoder.com
kspellacy@smithschoder.com
Attorneys for Defendant Joel V. Bressett

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 15, 2014, I mailed via U.S. mail the foregoing documents to the following: David Vukelja, Esquire; 595 W. Granada Blvd Ste L Ormond Beach, Florida 32174; and Arthur Graham, Esquire; 123 West Indiana Avenue; Deland, Florida 32720-4613.

Respectfully submitted,

KEVIN BLEDSOE, ESQ.
Florida Bar No.: 0029769
Smith, Schoder & Bledsoe, LLP
605 S. Ridgewood Avenue
Daytona Beach, FL 32114
Phone: (386) 255-0505
Fax:    (386) 252-4794
kbledsoe@smithschoder.com
kspellacy@smithschoder.com
Attorneys for Defendant Joel V. Bressett