UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

THOMAS MCCRODEN,

    Plaintiff,

v.                                                  Case No: 6:14-cv-1139-Orl-18KRS

COUNTY OF VOLUSIA, JOEL V.
BRESSETT and DENNIS D. PAINTER,

    Defendants.

## JUDGMENT IN A CIVIL ACTION

This action was tried by a jury with Senior United States District Judge G. Kendall Sharp presiding. The jury having rendered a verdict in favor of Defendant County of Volusia and the Court having granted judgment as a matter of law as to the other defendants, Joel V. Bressett and Dennis D. Painter, judgment is hereby entered for Defendants County of Volusia, Joel V. Bressett and Dennis D. Painter, with costs against the Plaintiff.

March 7, 2017.

                                            BY: s/ *A Justin*
                                                 A. Justin, Courtroom Deputy Clerk

Copies furnished to:

Counsel of Record
Unrepresented Party